IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02693-REB-MEH

WILLIAM B. ELLER,

      Plaintiff,

v.

MR. TOUCHE,
MRS. RUCH,
MRS. PARK,
MRS. TAVNER,
MR. LEFEVER,
MR. RUSSELL,
SARAH DARULA, and
NICOLE ALBRIGHT,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 20, 2016**.

      Plaintiff's Motion to Request Consolidation [filed January 19, 2016; docket #27] is **denied without prejudice**.  Plaintiff fails to indicate in his Motion which cases he would like to be consolidated, referring only to the above-captioned case; therefore, the Court is unable at this time to evaluate the relief requested.